IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMARIUS FERGUSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:09-0618 |
| v. ) | JUDGE HAYNES |
| ) | |
| GOVERNOR PHIL BREDESEN, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The scheduling conference is reset in this action for **Monday, April 12, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 7th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge